

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00388-CR

**Ex parte** Jose Alexis Sanchez **Dubon**

From the County Court, Kinney County, Texas
Trial Court No. 10374CR
Honorable Roland Andrade, Judge Presiding

## O R D E R

The State's appellee's brief originally was due on September 6, 2022. On September 6, 2022, the State filed a motion requesting a fourteen-day extension of time in which to file its brief. The State contended its "request for an extension is being requested because certain documents to which the State needs to include record citations are not currently present in the Clerk's Record." The State asserted it "will direct the Clerk of the trial court to supplement the record, pursuant to Rule 34.5(c), TEX. R. APP. PRO., so as to ensure the documents are properly before the Court." The State did not indicate when it would request the supplemental clerk's record.

Therefore, on September 7, 2022, we ordered the State to (1) request the supplemental clerk's record containing the omitted item(s) from the trial court clerk and (2) provide written proof to this court that the supplemental clerk's record had been requested. The trial court clerk was ordered to prepare, certify, and file the supplemental clerk's record with this court no later than ten days after the State requested the supplemental record. Finally, we ordered that the State's brief would be due no later than fourteen days after the supplemental clerk's record was filed in this court.

The supplemental clerk's record was filed on September 15, 2022; therefore, the State's brief is due October 13, 2022. Apparently unaware that the supplemental clerk's record had been filed, the State filed, on September 20, 2022, a motion for extension of time in which to file its brief.

The motion is DENIED AS MOOT because the brief is due **no later than October 13, 2022**. **Further requests for an extension of time will be disfavored.**

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court